-PS-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WHITLEY CORTEZ TAYLOR, 08-B-2925,

        Plaintiff,

    -v-                                          09-CV-6067P

                                                    **ORDER**

DR. BEN OAKES,

        Defendant.
_____

    Plaintiff has submitted a complaint to the Court and seeks permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In order for the Court to grant this request, it needs sufficient information on which to base its determination.

    Here, the documentation plaintiff has submitted is inadequate to permit the Court to evaluate the request. Specifically, plaintiff has not provided certification of his prison account. Because the Court cannot grant the request on the basis of the information included in the application, plaintiff may have until **April 27, 2009** to submit a new application which includes all the necessary information, including the additional information described above.

    The Clerk of the Court is directed to send plaintiff a new form application to proceed as a poor person.

    By **April 27, 2009,** plaintiff must **either** submit a newly-completed application form which includes all of the above-described additional information needed for the Court's

determination of the request **or** pay the full filing fee of $[5, 30, or 350 (fee)].00.  Plaintiff is forewarned that failure to comply with this order by either submitting a new and complete application or paying the filing fee by the designated date will result in the dismissal of this case without prejudice.

If plaintiff has not complied with this order by March 27, 2009, the Clerk of the Court is directed to close this case as dismissed without prejudice without further order.

**SO ORDERED.**

S/ Michael A. Telesca

_____
MICHAEL A. TELESCA
United States District Judge

Dated:    March 10, 2009
          Rochester, New York